# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00513-JRG |
| | § | |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON DIGITAL MEDIA SERVICES, INC., | § § § § § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiff Uniloc 2017 LLC ("Uniloc"), Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services, Inc. and Verizon Digital Media Services Inc. (collectively, "Verizon") and Intervenor Defendant Ericsson Inc.'s ("Ericsson") (together with Uniloc and Verzion, the "Parties") Joint Stipulation and Motion for Stay (the "Motion"). (Dkt. No. 63.) In the Motion, the Parties move for a stay of all proceedings in the above-captioned case and agree and stipulate that:

1. There is one instituted IPR concerning U.S. Patent No. 7,075,917 ("the '917 patent"): IPR2019-00973. The asserted claim of the '917 patent is claim 10. The instituted IPR concerning the '917 patent covers this asserted claim.

2. There is one instituted IPR concerning U.S. Patent No. 7,016,676 ("the '676 patent"): IPR2019-01116. The asserted claims of the '676 patent are claims 1, 2 and 8. The instituted IPR concerning the '676 patent covers claims 1 and 2, which are two of the three asserted

independent claims. Four additional IPRs, some of which challenge claim 8, have been filed and are awaiting institution decisions.

The '917 patent and the '676 patent are the only asserted patents in the above-captioned case. (Dkt. No. 63 at 1.) Considering the joint and agreed nature of the Motion as between the Parties and the stipulations contained therein, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is **ORDERED** that the above-captioned action is **STAYED** until further order of the Court. It is further **ORDERED** that the Parties file a joint status report within ten (10) days of completion of any of these IPR proceedings for the two discreet patents-in-suit. The joint status report shall include attached to it as an exhibit a proposed docket control order for the Court's consideration. All other relief requested by the Parties not expressly granted is **DENIED**.

**So Ordered this**
**Dec 31, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2